UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL MCKENNA,<br><br>        Plaintiff,<br><br>    v.<br><br>LTD FINANCIAL SERVICES, L.P.,<br><br>        Defendant. | Civil Action No.: 15-5523 (MAS) (TJB)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

**THIS MATTER** having come before the Court upon the Report and Recommendation of the Honorable Tonianne J. Bongiovanni, U.S.M.J., with regard to Plaintiff's failure to comply with Court Orders and prosecute his case (ECF No. 9), and the Court having received no objections pursuant to Local Civil Rule 72.1(c)(2), and having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown,

**IT IS** on this 8th day of February 2016,

**ORDERED THAT:**

1. The Report and Recommendation of Magistrate Judge Bongiovanni (ECF No. 9), is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.

2. Plaintiff's case is DISMISSED WITH PREJUDICE.

3. The Clerk of Court shall mark this case closed.

                                                                         */s/ Michael A. Shipp*
                                                                   **MICHAEL A. SHIPP**
                                                                   **UNITED STATES DISTRICT JUDGE**